IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN A. PORTER,

    Petitioner,                   No. CIV S-10-1195 KJM P

    vs.

RICHARD IVES, et al.,

    Respondents.             ORDER

         Petitioner is a former federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 15, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondents' pending motion to dismiss within twenty-one days or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: September 7, 2010.

                                                U.S. MAGISTRATE JUDGE

1
port1195.46