IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN A. PORTER,

    Petitioner,               No. CIV S-10-1195 KJM P

    vs.

RICHARD IVES, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On July 19, 2010, petitioner filed a motion asking that this court reconsider its June 4, 2010 order denying petitioner's request for the appointment of counsel. However, the motion is not signed as is required by Rule 11(a) of the Federal Rules of Civil Procedure. Therefore, the motion for reconsideration (Docket No. 15) is denied.

DATED: September 7, 2010.

_____
U.S. MAGISTRATE JUDGE

1
john0831.mfr