IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN A. PORTER,

    Petitioner,                    No. CIV S-10-1195 KJM P

    vs.

RICHARD IVES, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a former federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On July 15, 2010, respondent filed a motion to dismiss. The parties have consented to magistrate judge jurisdiction.

        On September 7, 2010, the court ordered petitioner to file an opposition to the motion within twenty-one days. Petitioner was warned that failure to file an opposition would result in dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner has not filed his opposition. Therefore, IT IS HEREBY ORDERED that this action is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: December 6, 2010.

1 port1195.dis

U.S. MAGISTRATE JUDGE