IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEPHEN A. PORTER,

    Plaintiff,                                 No. CIV S-10-1195 CKD P

    vs.

RICHARD IVES,

    Defendant.                              ORDER

_____/

       The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.  All dates set in the above-entitled action before the undersigned are hereby vacated.

Dated: February 1, 2012

                                                   _____
                                                   CAROLYN K. DELANEY
                                                   UNITED STATES MAGISTRATE JUDGE

de
port1195.rec